UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RONNIE L. ROWE,

        Plaintiff

   v.                        C-1-12-647

COUNTY COMMISSIONER
LES BOGGS, *et al.*,

        Defendants

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 17) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection to the Report and Recommendation, this Court accepts the Report and Recommendation as uncontroverted.

2

The Report and Recommendation of the United States Magistrate Judge (doc. no. 17) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE.  Defendants' Motion to Dismiss the Complaint (doc. no. 3) is DENIED AS MOOT and plaintiff's Motion for Leave to Amend (doc. no. 13) is DENIED.  This case is RECOMMITTED to the United States Magistrate for further proceedings according to law.

IT IS SO ORDERED.

                                            s/Herman J. Weber
                                       Herman J. Weber, Senior Judge
                                        United States District Court